764 F.2d 1324
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert Paul GAGNON, Pedro Valenzuela, Donald P. Storms,
Glenn E. Martin, Defendants-Appellants.
 Nos. 82-1289, 82-1310, 82-1311 and 82-1350.
 United States Court of Appeals,
Ninth Circuit.
 July 2, 1985.
 
 Negatu Molla, Asst. U.S. Atty., Tucson, Ariz., for plaintiff-appellee.
 Robert S. Wolkin, Stephen C. Villarreal, Micahel L. Piccarreta, Davis, Siegel & Gugino, L. Anthony Fines, Tucson, Ariz., for defendants-appellants.
 Before WISDOM,* SKOPIL and FERGUSON, Circuit Judges.ORDER
 
 
 1
 In accordance with the mandate of the Supreme Court in United States v. Robert Paul Gagnon, et al., --- U.S. ----, 105 S.Ct. 1482, 84 L.Ed.2d 486 (1985), the judgment of convictions of all the defendants is
 
 
 2
 AFFIRMED.
 
 
 3
 The mandate shall issue forthwith.
 
 
 
 *
 Hon. John Minor Wisdom, Senior Circuit Judge for the Fifth Circuit, sitting by designation